**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 362 WAL 2021 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JACOB KNIZE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.